UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL MOORE,

Plaintiff

v.

WRIGHT, et al.,

Defendants.

Case No. 3:24-cv-00492-ART-CLB

**ORDER**

**I.   DISCUSSION**

Plaintiff filed a notice with the Court that he is no longer incarcerated. (ECF No. 5.) Therefore, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $405 by **April 3, 2025**.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4) is denied as moot.

It is further ordered that the Clerk of the Court is kindly requested to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that by **April 3, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**IT IS SO ORDERED.**

**DATED:** March 4, 2025

**UNITED STATES MAGISTRATE JUDGE**