# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL MOORE,

               Plaintiff,

vs.

WRIGHT, *et al.*,

               Defendants.

Case No.  3:24-cv-00492-ART-CLB

**ORDER GRANTING**

STIPULATION TO
DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Michael Moore, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

Page **1**

The Plaintiff, Michael Moore, moves to dismiss this matter in its entirety, and the Defendants do not object. The Parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this 7th day of January 2026.

DATED this 29th day of December 2025.
AARON D. FORD
Attorney General

By:

/s/ Cecelia J. Blue
CECELIA J. BLUE, (Bar No. 17031C)
*Attorneys for Defendants*

MICHAEL MOORE
*Plaintiff,* pro se

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

Anne R. Traum
United States District Judge

Dated: January 16, 2026

Page **2**